BOWMAN AND BROOKE LLP
Michael Chung (SBN 243204)
970 West 190th Street, Suite 700
Torrance, CA 90502
Phone:   (310) 768-3068
Fax:     (310) 719-1019

Attorneys for Defendants
SUNLIGHT FINANCIAL LLC and CROSS RIVER BANK and NATIONAL RECOVERY SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN ALFARO<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SUNLIGHT FINANCIAL, LLC; CROSS RIVER BANK; NATIONAL RECOVERY SOLUTIONS, LLC; and DOES 1 THROUGH 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00920-KES-HBK<br><br>**ORDER GRANTING STIPULATION TO STAY CASE AND PROCEED IN ARBITRATION** |

# ORDER

Based on the Joint Stipulation submitted, Doc. 7, and FOR GOOD CAUSE shown, the Court hereby Grants the Joint Stipulation and stays this case.

Plaintiff shall commence arbitration proceedings with Judicial Arbitration and Mediation Services, Inc. ("JAMS") against Defendants Sunlight Financial LLC, Cross River Bank, and National Recovery Solutions, LLC ("Defendants").

The case is STAYED pending completion of arbitration.

The Parties are ordered to provide an update to the Court within fourteen (14) days of either resolution of the case or completion of the arbitration, whichever occurs earlier.

IT IS SO ORDERED.

Dated:   August 18, 2025

_____
UNITED STATES DISTRICT JUDGE